AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VINCENT BORKOWSKI; and MARY BORKOWSKI,

Plaintiffs,

v.

WAL-MART STORES EAST, LP,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 620-cv-43

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated September 30, 2021, the Defendant's Motion for Summary Judgment is granted. Judgment is entered in favor of Defendant and this case stands closed.

Approved by: _____

October 5, 2021
Date

John E. Triplett, Clerk of Court
Clerk



(By) Deputy Clerk

GAS Rev 10/2020